JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KINGSINGER,<br>        Plaintiff,<br>   v.<br>CITY OF HUNTINGTON BEACH, et al,<br>        Defendants. | NO. SACV 20-0100-VAP (KS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 8, 2020

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE